IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Shawn Richards Bey

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

MGD. UNIV. OF SC, CITY OF N. CHAS. POLICE DEPT., OCTAVIA WASHINGTON

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:24-CV-4852-RMG-MGB
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

2024 SEP -5 PM 3:05

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Shawn Richards Bey
   Street Address: 5429 Maple Street
   City and County: N. Chas SC, Chas Co.
   State and Zip Code: SC 29406
   Telephone Number:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: MUSC
   Job or Title (if known):
   Street Address: 171 Ashley Avenue
   City and County: Chas Chas Co
   State and Zip Code: S.C. 29406
   Telephone Number: 843-792-2300

   Defendant No. 2
   Name: City of N. Chas. Police Dept.
   Job or Title (if known):
   Street Address: 2500 City Hall Ln.
   City and County: N. Chas, Chas Co.
   State and Zip Code: SC 29418
   Telephone Number:

   Defendant No. 3
   Name: Octavia Washington

2

Job or Title
(if known) _____
Street Address  1836 TABORWOOD CIRCLE
City and County  CHAS     CHAS CO
State and Zip Code  SC     29407
Telephone Number  843 530 3490

Defendant No. 4

Name _____
Job or Title
(if known) _____
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment, 9th Amendment, 14th Amendment, 1 USC 113, Stat At Large Vol. 8 pgs 100-105, 4th Amendment, 5th Amendment

3

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) Shawn Richards Bey, is a citizen of the State of (name) Moorish Empire. South Carolina Resident

    b. If the plaintiff is a corporation

    The plaintiff, (name) ~~[illegible]~~, is incorporated under the laws of the State of (name) ~~[illegible]~~, and has its principal place of business in the State of (name) ~~[illegible]~~.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation

    The defendant, (name) MUSC, is incorporated under the laws of the State of (name) SOUTH CAROLINA, and has its principal place of business in the State of (name) SOUTH CAROLINA. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$20 million Breach of Trust, Deprivation of Rights Under Color of Law, Liberty Deprivation

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Attached

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive Relief, $20 million for Breach of Trust, Deprivation of Rights Under Color Of Law, Deprivation of Liberty & Security of Person, Unlawful Seizure — To prevent further harm I require removal of Agent and T.R.O. for Irreparable Damages.

5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sept 4th, 2024

Signature of Plaintiff: *Shawn Richards Bey*
Printed Name of Plaintiff: Shawn Richards Bey

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

6